To: Clerk, Cathy Lusk                                    4-21-15

I Brandon Bright am currently at Smith county Jail on a
Bench Warent and was waiting on a responce from you all
about an possible appeal in the 7th District court Judge Kerry Russell
on a Desicision for a Re Hearing and If you all Have Mailed
me any letters I am Not at Coffield unit and I do Not Know
How long I'm going to Be Here and Questions I Have
Could I Have a court appointed Lawyer to Handel my case also
If I Need to Notify the 7th District court Kerry Russel of my Bench
Warrent me Being in Smith county

                              Thank you

REC'D IN COURT OF APPEALS
12th Court of Appeals District
APR 2 4 2015
TYLER TEXAS
CATHY S. LUSK, CLERK